# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00226-CV

In re Meagan Gratz

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on July 21, 2025, is denied. The Emergency Motion for Temporary Relief filed on July 21, 2025, is dismissed as moot.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: July 24, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Petition denied
Motion dismissed
OT06

